20 July 2015 (Monday)

FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO. TEXAS

2015 JUL 23 AM 11: 40

Keith E. Hottle
KEITH E. HOTTLE. CLERK

Honorable Clerk
Fourth Court of Appeals
300 Dolorosa, Suite 3200
San Anto, Tx 78205-3037

RE: Court of Appeals No 04-14-00412-CR
Trial Court Case No 2013-CR-6698

Robert Martinez, Pro Se
TDCJ ID No 1931397
Lopez State Jail
1203 EL Cibolo Rd
Edinburg, Tx 78542

<u>VIA U.S MAIL</u>

Honorable Clerk
Greetings:

Requesting the disposition of my filed Appellant's Motion to Withdraw Papers The "AEDPA" Antiterrorism And Effective Death Penalty Act places strict dates on my filing which rights I seek to perserve.

Thank you for your assistance

In Hoc

[signature]

cc: file
UNSWORN Declaration

Page 1 of 1

## PETITIONER'S INFORMATION

Petitioner's printed name: _____

State bar number, if applicable: _____

Address: _____

_____

_____

Telephone: _____

Fax: _____

## INMATE'S DECLARATION

I, _Robert Martinez_ , am the applicant / petitioner (circle one) and being presently incarcerated in _Lopez State Jail, Hidalgo County_ , declare under penalty of perjury that, according to my belief, the facts stated in the above application are true and correct.

Signed on _20 July_ , 20 _15_ .

_____
Signature of Applicant / Petitioner (circle one)

17

Robert Martinez
TDCS ID No. 1931397
Lopez State Jail
1203 El Cibolo Rd.
Edinburg, Tx 78542

Court of Appeals
Fourth Court of Appeals District
300 Dolorosa, Suite 3200
San Antonio, Texas 78205 - 3037

Legal Mail
20 July 2015

MCALLEN TX 785
21 JUL 2015 PM 11 L